# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-___-cv

**Caption [use short title]**

**Motion for:** Permission to appeal pursuant to Fed. R. Civ. Pro. 23(f)

Pasha S. Anwar et al. v. Fairfield Greenwich Ltd., et al.

Set forth below precise, complete statement of relief sought:

Defendants-Petitioners The Citco Group Ltd., et al., seek permission to appeal pursuant to Fed. R. Civ. P. 23(f).

**MOVING PARTY:** The Citco Group Ltd., et al.
☐ Plaintiff    ☑ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**OPPOSING PARTY:** Pasha S. Anwar et al.

**MOVING ATTORNEY:** Walter Rieman
**OPPOSING ATTORNEY:** David A. Barrett

[name of attorney, with firm, address, phone number and e-mail]

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of Americas, New York, NY 10019
(212) 373-3000; wrieman@paulweiss.com

Boies, Schiller & Flexner LLP
575 Lexington Ave, 7th Floor, New York, NY 10022
(212) 446-2300; dbarrett@bsfllp.com

**Court-Judge/Agency appealed from:** United States District Court for the Southern District of New York (Marrero, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**
_[signed] Walter Rieman_  Date: March 16, 2015   Service by: ☐ CM/ECF  ☑ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)